NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: GLENN E. RIGGS, JOHN H. KIVELA, ROBERT H. SHELLMAN, JOSEPH F. ROCKY, JR., RALPH K. BRECHTER, DOUGLAS L. CLARK, JAMES R. CLARK, JON L. CLOW, AMY DALEY, LARRY HU, LOUIS F. INDELICATO, WILLIAM J. LOHAN, MICHAEL M. NAUGHTON, PETER P. NELSON, ALAN D. SHOLLENBERGER, M. NADINE WILLETT, DONALD H. MUELLER, MICHAEL D. MICHAUD, ROBERT PHANEUF, JOSEPH J. BAINOR,**
*Appellants*

---

2018-1883

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/873,969.

---

**JUDGMENT**

---

ROBERT BAUER, Bauer Law Offices, Pittsburgh, PA, argued for appellants.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, MICHAEL S. FORMAN, JOSEPH MATAL.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 21, 2019  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
Clerk of Court